**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6217**

ANTHONY LEE MCNAIR,

        Plaintiff - Appellant,

    v.

UNITED STATES GOVERNMENT; GOVERNMENT OF NORTH CAROLINA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:25-ct-03056-M)

Submitted:  June 12, 2025                                   Decided:  June 17, 2025

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Lee McNair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals the district court's order denying his motion for leave to proceed without prepayment of fees and dismissing his civil action under 28 U.S.C. § 1915(g) and 28 U.S.C. § 1915A(b)(1).   We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *McNair v. United States Gov't*, No. 5:25-ct-03056-M (E.D.N.C. Mar. 14, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*